# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| Case No. | CR 12-903 ABC | | Date | May 5, 2014 |
|---|---|---|---|---|

Present: The Honorable **AUDREY B. COLLINS, UNITED STATES DISTRICT JUDGE**

| A.Bridges | Katherine Stride | Blanca Quintero/Alexander Porter |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Department of Justice* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Alex Kapri (1) | ☐ | √ | M. Nassatir, V. Podberesky | √ | ☐ | ☐ | N/A |

**PROCEEDINGS:**         SENTENCING

\_\_\_ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.          √ Refer to separate Judgment Order.

√ Imprisonment for **75 Months** on Count   1 of the Indictment

\_\_\_ Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.

\_\_\_ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

\_\_\_ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

**3** years/months Supervised Release/Probation imposed on count(s)   1 of the Indictment consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

- \_\_\_ Perform _____ hours of community service.
- \_\_\_ Serve _____ in a CCC/CTC.
- \_\_\_ Pay $ _____ fine amounts & times determined by P/O.
- √ Make $ **1, 679,712.52** restitution in amounts & times determined by P/O.
- \_\_\_ Participate in a program for treatment of narcotic/alcohol addiction.
- \_\_\_ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
- \_\_\_ Other conditions: _____

√ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

√ Pay $ 100.00 per count, special assessment to the United States for a total of _____ $ _____

\_\_\_ Imprisonment for months/years and for a study pursuant to 18 USC _____ with results to be furnished to the Court within days/months _____ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

√ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

√ Defendant informed of right to appeal. Defendant waives right to appeal.

\_\_\_ ORDER sentencing transcript for Sentencing Commission.      √ Processed statement of reasons.

√ Bond exonerated      √ upon surrender      \_\_\_ upon service of _____

√ Execution of sentence is stayed until 12 noon, **July 11, 2014** at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

\_\_\_ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

\_\_\_ Issued Remand/Release    # _____

\_\_\_ Present bond to continue as bond on appeal.        \_\_\_ Appeal bond set at   $ _____

√ Filed and distributed judgment. ENTERED.

\_\_\_ Other _____

                                                                                                   1 : 02
                                                          Initials of Deputy Clerk   AB